# FILED

DEC 14 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCINE E. BAILEY; et al., | No. 08-35677 |
| Plaintiffs - Appellants, | D.C. No. 2:07-cv-00031-RFC-CSO |
| v. | |
| DON KELLY, | MEMORANDUM [*] |
| Defendant - Appellee | |
| and | |
| SOUTHWEST MONTANA DRUG TASK FORCE, an Agency of the State of Montana; et al., | |
| Defendants. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief District Judge, Presiding

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

EN/Research

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Francine E. Bailey and others appeal from the district court's order dismissing as time-barred their 42 U.S.C. § 1983 against Montana Department of Corrections employee Don Kelly.  We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal based on the statute of limitations, *Papa v. United States*, 281 F.3d 1004, 1008-09 (9th Cir. 2002), and we affirm.

The district court properly determined that, because appellants voluntarily discontinued their state court case, they were not allowed an additional year to file a complaint on the same subject matter.  *See* Mont. Code Ann. § 27-2-204 (2007) (extending statute of limitations period for timely state court claims "terminated in any other manner than by voluntary discontinuance.").

Appellants remaining contentions are unpersuasive.

All pending motions are denied.

**AFFIRMED**.

---

[**]     The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).